UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

EDGAR ARCENIO LEOS,

    Petitioner,

v.                                              CASE NO. 6:07-cv-241-Orl-28DAB
                                                        (6:05-cr-68-Orl-28DAB)

UNITED STATES OF AMERICA,

    Respondent.
_____

## ORDER

Respondent filed a Motion to Dismiss Section 2255 Motion (Doc. No. 4) in response to the Court's Order of January 27, 2007. Because the January 27, 2007, Order directed Respondents to file a response to the § 2255 motion, the Court construes the motion to dismiss as a response. Accordingly, the Motion to Dismiss is (Doc. No. 4) is **DENIED** as moot. The response will be considered when the Court rules on the merits of the § 2255 motion.

**DONE AND ORDERED** at Orlando, Florida this 13th day of April, 2007.

                                                      *David A. Baker*
                                                  DAVID A. BAKER
                                  UNITED STATES MAGISTRATE JUDGE

Copies to:
sc 4/13
Edgar Arcenio Leos
Counsel of Record